**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Eduardo MEJORADO–ZARATE,
Defendant–Appellant.**

**No. 05–41000.**

United States Court of Appeals,
Fifth Circuit.

Oct. 24, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Margaret Christina Ling, Assistant Federal Public Defender, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

We have reviewed the *Anders* brief filed in this case, and while we encourage counsel to be mindful of the duty to zealously advocate the interests of the client, *McCoy v. Court of Appeals of Wisconsin, Dist. 1,* 486 U.S. 429, 444, 108 S.Ct. 1895, 100 L.Ed.2d 440 (1988), our review of the appeal discloses no non-frivolous issues. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from

further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

